UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 23-05341
ALBERT M. WASHINGTON )
)
) Chapter: 13
) Honorable Deborah L. Thorne
)
)
Debtor(s) )

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE DEBTOR'S REQUIRED SCHEDULES, DECLARATIONS, STATEMENTS, PLAN AND OTHER DOCUMENTS**

The motion is granted and the Debtors shall file the Required Schedules, Declarations, Statements, Plan and Other Required Documents no later than May 18, 2023 at 4:00 p.m.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: May 17, 2023

**Prepared by:**

Vaughn White, White Law Offices, PC
954 W. Washington Blvd., Suite 625
Chicago, IL 60607
312-243-6200
vaughn@vaughnwhite.com